UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                                 Case No. 01-cr-80875-2
                                                     Hon. Matthew F. Leitman

vs.

D2 JUAN OVIDIO GARCIA,

       Defendant.

_____

## ORDER OF DISMISSAL OF INDICTMENT

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the Indictment of Juan Ovidio Garcia.

**IT IS HEREBY ORDERED** that Indictment and arrest warrant against the defendant be dismissed without prejudice, and that the defendant's appearance bond, if any, be canceled.

                                                     s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated:  September 8, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 8, 2023, by electronic means and/or ordinary mail.

                                                   s/Holly A. Ryan
                                                 Case Manager
                                                 (313) 234-5126